RECEIVED
Mailroom

JAN 16 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court. District of Columbia

Case: 1:26-cv-00469
Assigned To : Unassigned
Assign. Date : 1/16/2026
Description: Pro Se Gen. Civil (F-DECK)

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**Alipin:5206** ©℗™|

(                    ),

*Pro Se* | Petitioner / Plaintiff.

vs.

**USA, ILLINOIS, COOK** ©℗™|
**(USA-Illinois-Cook & Co.** ©℗™**), et al.,**
**Parties** | Respondent /
Appellee-Defendant.

**IN RE:**

I-914 T Nonimmigrant Status;
I-918 U Nonimmigrant Status;
I-765 Employment Authorization;
I-485 Application to Register Permanent
Residence or Adjust Status;
**Federal Appellate Case Nos.:** *22-5206,
20-1587 and 20-105;*
**Federal Case Nos.:** *22-cv-01596,
20-cv-01550, 19-cv-04245;*
**Criminal Appellate Case Nos.:** *1-20-0868,
and 1-19-1945;*
**Criminal Case Nos.:** *17C22029501,
1720209301, and 17CR1721201, etc.*

## COMPLAINT FOR VIOLATION
## OF CIVIL RIGHTS
(42 U.S.C. § 1981(1981a); 1982; 1983; 1985; 1986 /
28 U.S.C. § 1350 / 5 U.S.C. § 701–706/ 5 U.S.C. § 551–559 et seq.)

*"We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America."* — **Preamble, The US Constitution.**

*"We, the People of the State of Illinois - grateful to Almighty God for the civil, political and religious liberty which He has permitted us to enjoy and seeking His blessing upon our endeavors - in order to provide for the health, safety and welfare of the people; maintain a representative and orderly government; eliminate poverty and inequality; assure legal, social and economic justice; provide opportunity for the fullest development of the individual; insure domestic tranquility provide for the common defense; and secure the blessings of freedom and liberty to ourselves and our posterity. "* — **Preamble, The Illinois Constitution.**

*"**FULL FAITH AND CREDIT SHALL BE GIVEN** in each State to the public Acts, Records, and judicial Proceedings of **EVERY OTHER STATE.** And the*

Enclosures: Google electronic link:| BONUM PUBLICUM. |
ALL RIGHTS RESERVED © 2025 |•| Sulat & Co. Atbp.

DCD: 5206r/1983/Filing.2

*Congress may general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and Effects thereof."*

*"THE CITIZENS OF EACH STATE SHALL BE ENTITLED to ALL PRIVILEGES AND IMMUNITIES OF CITIZENS IN THE SEVERAL STATES."*

*"The Congress shall have POWER TO DISPOSE AND MAKE ALL NEEDFUL RULES AND REGULATIONS RESPECTING THE TERRITORY OR OTHER PROPERTY BELONGING TO THE UNITED STATE; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State.*

*"14th AMENDMENT SECTION 1: "ALL PERSONS born or naturalized IN THE UNITED STATES, and SUBJECT TO THE JURISDICTION thereof, ARE CITIZENS OF THE UNITED STATES AND OF THE STATE WHEREIN THEY RESIDE."*

## AFFIDAVIT

Pursuant to ARTICLE 3 "ORIGINAL JURISDICTION" comes now, the above-captioned civil action: 42 U.S.C. § 1981(1981a); 1982, 1983, 1985, 1986 / 28 U.S.C. § 1350 / 5 U.S.C. § 701–706 / 5 U.S.C. § 551–559 et seq. "as a matter of course."

Either enumerated within and/or IN THE COMPLAINT **Tristan F. Ong, vs. USA, Illinois, Cook & Co. ©®™, et alia,** AND ITS ANTECEDENTS:  Federal Appellate Case Numbers:  22-5206, 20-1058, 20-1587, | Federal Case Numbers: 22-cv-01596, 22-cv-01550, 19-cv-04245, | Criminal Appellate Number: 1-20-0868, 1-19-1945, | Criminal Case Numbers: 17C22029501, 1720209301, 17CR1721201 | as "Baybayin DD:5206 /Baybayin / Barangay Pamayanan / Karapatan / Babaylan / Mabuhay / Kababayan Tondo / Tuldok / Tinapay / Tinakda / Bahay Kubo, Bantay Tahanan's" claims against opposing party referred to in this complaint as: "PARTY– US RESPONDENTS / DEFENDANTS" | aka "US / USA / United States / United States of America / US - Kalaban / Cook-Ed / Cook-Err-Ed / US-Aid-Ed / US - IL & Co., / United States - Illinois & Company /

Enclosures: Google electronic link:| BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 |•| Sulat & Co. Atbp. ·-·

DCD: 5206r/1983/Filing.3

Illinois-United States & Company / IL-USA / IL-USA-COOK / USA-IL-COOK / USAiLED / ILLINOIS-USA-COOK," et al., at all times mentioned heretofore, collectively / severally / jointly / individually / privately / independently which by no means seeks to alter prior submissions, in fact, Tristan Ong, expressly incorporates all allegations and claims as is in the initial complaint as referenced above. [See Fed. R. Civ. P. 10(b)–(c)].

Tristan Ong, however changed, corrected, rearranged text / sentences / styling and format typeface, changed bylines / titles / pseudonyms, incorporated new allegations relating to new claims and did not modify existing allegations or claims, whether this is to be considered an amendment to this civil several suits' antecedents, this does not violate the rule against dual jurisdiction appeal. *See 55 F.4th 1304, 1309 (11th Cir. 2022); accord 56 F.4th 1026, 1033–34 (5th Cir. 2023) (explaining that incorporating the initial complaint eliminates any mootness concerns with an amendment);*

**YOUR HONORABLE JUDGES OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, May It Please The Court:**

## FACTUAL BACKGROUND

Constitutionally speaking, Tristan Ong's mere presence in the United States soil alone specifically, in the City of Chicago – County of Cook, The State of Illinois, makes him:

> *"subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside."*

> *"**CITIZEN:** (1) an inhabitant of a city or town; (2) a person who owes allegiance to government and is entitled to its protection and may claim protection from its government. **153 N. E. 13, 17.**"*

### IV. PERSONAL IDENTIFIERS / BACKGROUND HISTORY.
### (a). 2012.

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp.

DCD: 5206r/1983/Filing.4

Tristan Ong— a law abiding foreign Citizen in the United States mainland, male, and a Filipino national who hails from one of the barangays in Tondo, Metro Manila, Philippines. Born on 1981 February 25, stands 5 feet 2 inches tall, and weighs 168 pounds. Tristan Ong attended school at Philippine Academy of Sakya until 5th grade and took a break from school for several years, and only resumed school by taking Philippine Educational Placement Test (PEPT), a GED-like academic program of the Commission on Higher Education in the Philippines that enabled him to proceed to college without completing the years he had previously missed in school. Tristan Ong initially took Bachelor of Science in Accountancy then later switched to Bachelor of Science in Business Administration Major in Marketing Management at the Far Eastern University where he has three more remaining semesters to graduate.

Tristan Ong is very independent, at an early age he was exposed to various jobs such as: flipping burgers, buying and selling wholesale merchandise for in-person, door to door sales; attended short courses for hair and make-up offered by L'Oreal and Schwarzkopf-Philippines, beauty salon assistant, among others. With over 25 years of experience in various fields, i.e. retail, hospitality, customer service, healthcare / sanitation / maintenance, and aviation — servicing customers both in-person and by telephone. Among other jobs he has held:

- An advocate for social justice reform performing i.e. clerical works, paralegal, case interpretation, social works, care provider, general assistance, etc. Practicing criminal and civil laws in a non-academic setting independently and privately since 2014.
- An advocate for voters' rights. Spreading awareness and the importance of voting by initiating a non-partisan public voter registration, increasing voter registration in underserved communities; creating flyers, bulletins, visual aids, and social media applications. Collaborates to create, and

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | ∗ | Sulat & Co. Atbp.

DCD: 5206r/1983/Filing.5

improve election policies by reaching out to communities, local organizations, the election board, and through social media.

- Contributes to improving policies with regard to public and community safety, accessibility for ADA, seniors, and the public.
- A volunteer in a wellness and enrichment community centers performing various tasks, such as: cooking, cleaning, peer counseling, advocating and promoting humanitarianism, harm reduction, social skills, financial management, safe space environment, etc.
- Contributes to improving policies with regard to mental health and substance abuse programs, recidivism, and healthy balanced lifestyle.
- An Election Coordinator for Chicago Board of Election during Illinois Gubernatorial and Mayoral 2022-2023 elections.
- A Deputy Registrar for local school council election, at the Office of Local School Council Relations— Chicago Public School.
- A food server at Dunkin Donuts, a housekeeper at Holiday Inn, and a care provider for various individuals both in private / communal living settings.
- A ticketing and reservation associate for about five years at Qatar Airways, a 5-star airline and the flag carrier of Qatar State, whose contact center was, then, based in Muscat, Sultanate of Oman.
- A secretary for the materials and planning department of Consolidated Construction Company LLC — Sultanate of Oman.
- A guest services associate / secretary to the senior supervisor of the Guest Services Division of Saudi Aramco, Dhahran, KSA via Al Fauzi Manpower.
- A clerk for the purchasing department at Saudi Basic Industries Corporation, Jubail, KSA via Al Fauzi Manpower.

In April 2012 Tristan Ong left Qatar Airways to take his annual leave and traveled back to his home country— The Philippines, and to some Asian countries, including his travel to Chicago, Illinois, to personally scout for a school to attend in the future. He had been contemplating going back to school since 2010 to finish his Business degree but had not been successful due to other circumstances attached.

### (b). EDUCATION HISTORY | IMMIGRATION STATUS.

On or about 2012 April 28 (Philippine Time), Tristan Ong left Manila — Philippines, holding a multiple entry B1-B2 category US visa issued by the US Embassy in Muscat, Sultanate of Oman. Onboard Asiana flight with a 4-hour layover at Incheon

Enclosures: Google electronic link:| BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 |•| Sulat & Co. Atbp. oe-

DCD: 5206r/1983/Filing.6

International Airport | Seoul, South Korea, Tristan Ong arrived at O'Hare International Airport | Chicago, Cook-DuPage County, Illinois on or about 2012 April 28 (Central Time).

Tristan Ong rented an $85/week couch space at 1312 West Winnemac Avenue #1, Chicago, Cook County, Illinois 60640 until 2013 September, then moved to a different residence at 3414 North Halsted Street #2b, Chicago, Cook County, Illinois 60657, paying $450.00/mo rent.

While scouting for school, Tristan Ong first inquired at Harry S. Truman College in Uptown Chicago, Illinois. As an international/foreign student the school required him to submit some sort of financial statement of at least $40,000.00 (of sort, couldn't hardly recall). Tristan Ong later was introduced to Zarem Golde ORT Technical Institute in Skokie, Illinois, and was accepted for the Digital and Graphics Design course.

Although Tristan Ong was the one doing all his immigration work, to be certain, he sought the help of Mr. Gerard Dean, an immigration attorney whom he paid a retainer fee of $6,000.00 and $500.00 for every visit to help him adjust his status. For a time his immigration status was unknown. The waiting process to adjust status took longer than expected, he was only able to secure F1 category US visa after a year.

Pending his F1 visa application among many, Tristan Ong was a volunteer caregiver to senior private individuals; he also enjoys taking photographs of Chicago's picturesque skylines and tourist spots, traveling and visiting places such as New York, Las Vegas, San Francisco, Los Angeles, Indiana, and Wisconsin etc.

In 2013 September, Zarem Golde ORT invited Tristan Ong to come to the school to fill out admission forms and pay the required tuition and other fees for Digital and

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp. ᴏ⸻

DCD: 5206r/1983/Filing.7

Graphics Design, and informed him to get in touch with his lawyer because his F1 visa was approved.

Tristan Ong immediately contacted his attorney to obtain a copy of his F1 Category US visa. However, Mr. Dean refused to provide him a physical copy of the document and offered an electronic copy of the notification letter via email, instead. But this was not what Tristan Ong needed.

In or about the last quarter of 2013 to early first quarter of 2014, Tristan Ong went to Mr. Dean's Jefferson Park office to obtain a physical copy of his F1 Category US visa. Mr. Dean refused to provide the documents, and immediately became hostile and verbally abusive to a point where Mr. Dean brought Tristan Ong into one of the rooms in his office and physically assaulted him by grabbing the collar of his button-up shirt and dragging (almost like a choke hold using his collar shirt) him up on the table. To Tristan Ong's fear, he did not attempt to report such an incident to any law enforcement. The said incident of assault may have been captured by the CCTV cameras in Mr. Dean's office at Jefferson Park.

Tristan Ong became a volunteer and a part time marketing associate to some of Zarem Golde ORT career fairs. In February 2014, through Zarem Golde ORT, he was able to acquire his Social Security number issued by the Social Security Administration in Lawrence Avenue, Chicago office. Zarem Golde ORT closed its operations in 2017.

### (c). WORK AND PROFESSIONAL HISTORY: PART TIME CAREGIVER.

Tristan Ong worked as a caregiver provider for a couple of caregiving agencies where the Illinois Department of Aging / Illinois Department of Human Services have

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp.

DCD: 5206r/1983/Filing.8

contracts to supply manpower to provide care to seniors / PWD clients. Tristan Ong were mostly assigned to clients with dementia / Alzheimer's cases around the metro and outlying areas of Cook County. Tristan Ong, coming from North Halsted, Chicago, to clients around Franklin Park, Park Ridge, La Grange, Wilmette, etc..

The CTA fare was $2.25, and connecting ride using Pace one way, was $2.00, about $9.00 through and from. On a fine day travel time was around 2-3 hours, excluding his walking and waiting time. In difficult and extreme winter weather these rides are either canceled, delayed or earlier causing Tristan Ong to be stranded and walk for at least an hour to either nearest CTA transfer.

Tristan Ong's hourly wage was around $11.00 to $11.15/hr for working 4 hours of 2-4 times a week (maximum approximately 20 hours/week) shifts; or if he's lucky to be assigned to a client who needed 8 hours of care. Many of these clients preferred to split 8 hour shifts into two 4-hour morning, and evening shifts, spending his idle time at the client's house instead of commuting back and forth.

Tristan Ong also bought his own gloves, alcohol, wipes, disinfectant, mask, hair net, alcohol / sanitizer etc., to protect himself and his client.

A caregiver's job functions more like a general house help doing full house cleaning, gardening, laundry, petcare, preparing meals, errands. Many of these clients are living with other individuals or their significant others, and don't have public aid. Tristan Ong ends up preparing meals, doing laundry, running errands, etc. for other individuals as well. Many of these suburban clients live in a house of at least 2-3 bedrooms and baths, and mostly have other individuals living with them.

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 |•| Sulat & Co. Atbp. o--

DCD: 5206r/1983/Filing.9

At that time, Tristan Ong couldn't make any complaint because of his unkown immigration status, he feared that his immigration status would be known, when in fact, the Illinois State actually pays Tristan Ong's payroll through these senior care agencies.

Sometime around winter of 2015 till about spring of 2016 there had been a tremendous delay on payrolls because of the budget hold from Springfield, Illinois, during former Governor Bruce Rauner's term. The senior care agency did not only delay Tristan Ong's payroll but also started to reduce giving hours. Tristan Ong paid taxes.

### (d). RESIDENTIAL STATUS AND MENTAL HEALTH HISTORY.

By Spring-Summer of 2014, Tristan Ong leased a "room and a bath" at 3414 North Halsted Street #2b, Chicago, Illinois for $450.00/ month. Tristan Ong went through a financial crisis, his immigration status and financial situation made it difficult for him to keep up with school and other expenses. With literally no family and friends to seek financial support, he mostly relied on freelance caregiving jobs and other gigs.

Abashed and embarrassed, Tristan Ong kept his real situation unknown to his family. He caught himself around odd peoples, and was forced to live in sexually and domestically violent, and abusive relationships.

Tristan Ong experienced manic depression, anxiety, and stress which led to multiple mental / emotional breakdowns / meltdowns, and confinement to several mental health institutions. Back then, he may already have some undiagnosed seasonal mental health disorder(s) that he may not be aware of. Now, in his own belief and opinion, he may have experienced/ experiencing clinical depression, anxiety / bipolar disorder, personality disorder, post-traumatic stress disorder, among many.

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp.

DCD: 5206r/1983/Filing.10

It was the beginning of the first quarter of 2016 when Tristan Ong hit rock bottom. He sought the help of various social services, organizations and resource community centers such as Center on Halsted, St. Vincent de Paul Center, Lakeview Pantry, Rizal Center, Heartland Alliance, Asian Human Services, Northside Housing, Cornerstone, Howard Community Center, 10 S. Kedzie, Catholic Charities, Salvation Army, Thresholds, Illinois Department of Human Services to apply for SNAP and housing assistance, among others for food, clothing, rent, utility bills, including healthcare but often refused services / help.

### (e). APPLE STORE INCIDENT.

During Memorial weekend between 2016 May 27 to 30, Tristan Ong's iPhone was acting up. His suspicion was, somebody might have hacked into his account and snooped into his media files, calls, emails, and browsing histories that made him paranoid. Sunday night, an hour before the store's closing, he decided to bring his phone to have it checked at the Lincoln Park Apple store on North Ave. and Halsted

Tristan Ong walked into the store and conveyed his concerns to the store's senior manager, Ms. K, that is: to check his iPhone 6s for possible bug(s) such as eavesdropping apps accessing his device's accounts because he was bothering him. Tristan Ong felt that the phone was unsafe for him, so he preferred to return it instead. Tristan Ong informed Ms. K that he wanted some police assistance to escort him back to his apartment to check for any bug(s) planted in his room. Tristan Ong calmly and obediently sat on the bench as told while he waited for the Chicago Police Department (CPD) to arrive.

The Apple store senior manager, Ms. K refused to accept the phone back and

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp.

DCD: 5206r/1983/Filing.11

offered to give Tristan Ong a gift card and asked him to leave. But Tristan Ong was not interested in the gift card. Tristan Ong jokingly replied "I'm the queen." Ms. K, after hearing the word "queen," got annoyed.

Tristan Ong believed Ms. K denied / refused him service because he presented himself as a flamboyant gay man. Ms. K didn't like to hear the word "queen" because Tristan Ong is androgynous, and that she was hating and discriminating and thought Tristan Ong was acting like "crazy," and the fact that he is Asian with a thick Filipino accent, androgynous appearance, and one of the LGBTQiA+.

When CPD officers arrived, at first, Tristan Ong thought the police officers were escorting him out into their patrol car and onto his apartment, but was surprised to see a squadrol type of vehicle instead. Although Tristan Ong remained calm, he thought CPD officers were arresting him and started to cry and begged them not to.

Tristan Ong believed Ms. K., refused / denied to check his phone for some bugs because it was the APPLE company who was eavesdropping, stalking, intimidating, harassing, bugging and tracking him; because Tristan Ong discovered security flaws (i.e. the fingerprint is backed up) in the iOS of iPhone 6s when it's backed up in the cloud storage of the iOS system.

The CPD officers forcefully carried, while cuffed, Tristan Ong inside a CPD patrol car, and drove him to Advocate Illinois Masonic(AIM) on North Halsted Street. Tristan Ong informed the medical staff that he stays in a nearby apartment at 3414 North Halsted Street, and asked if he could be released, but the staff refused and withheld him against his will unless somebody picked him up.

Enclosures: Google electronic link:| BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp.

DCD: 5206r/1983/Filing.12

Tristan Ong was doctor ordered to put shot of Lorazepam, a.k.a *"Ativan," a controlled substance that can cause paranoid or suicidal ideation and impair memory, judgment, and coordination. Combining with other substances, particularly alcohol can slow breathing and possibly lead to death".* Tristan Ong felt like a deja vu.

On the way to the hospital, Tristan Ong saw himself being drugged; he was once drugged with a central nervous system (CNS) depressant, **GHB-** *Gamma Hydroxybutyrate (C4H8O3), commonly referred to as a "club drug or a date rape drug."* It resonated with him a similar incident, or like being shot in the head point blank, or one of those scenes in a death chamber awaiting death sentence and before he knew it, the AIM medical staff had successfully shot him with Lorezapam.

Tristan Ong was awoken only after two-three days and was out of his senses the entire time. Tristan Ong was informed that AIM staff decided to send him to a mental health institution facility for more days. Tristan Ong refused to be admitted in the hospital and begged to be released. The medical staff refused / ignored his request and illegally transported him to Chicago Read Mental Health Center (CRMHC).

A team of EMT tied Tristan Ong to a stretcher and carried him inside an Elite ambulance and transported him some 10 miles away from his residence at 3414 N Halsted, Chicago to CRMHC. Upon arrival at CRMHC, the hospital staff deceived, forced and coerced Tristan Ong to sign a waiver. Tristan Ong signed the waiver under duress and against his will, all while still nursing the side effect of Lorazepam. Tristan Ong was locked and illegally detained at CRMHC for about two weeks.

While detained at CRMHC, a social worker referred Tristan Ong to the Affordable

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp.

DCD: 5206r/1983/Filing.13

Recovery House (ARH) in Blue Island, a substance abuse and recovery center that functions more like a shelter. Issues of bad relationships, social pressure, undiagnosed mental health conditions, domestic violence, financial and economic loss led Tristan Ong to consider ARH.

### (f). HOMELESSNESS AND LOSS OF ECONOMIC OPPORTUNITY, ARH AND OTHER MODUS OPERANDI AND HUMAN TRAFFICKING ACTIVITIES.

By the end of 2016 September, Tristan Ong packed all his belongings out of his apartment on 3414 North Halsted Street and checked himself into a shelter at ARH on 13811 South Western Avenue, Blue Island.

Jose, one of the ARH supervisors, did Tristan Ong's assessment. The next day, another staff member asked Tristan Ong to complete several forms / contracts. It turned out that Tristan Ong was signing in for a substance abuse program. The program housed about 200-300 coed individuals.

Every 0500 hours (05:00 a.m.), ARH residents were gathered in the mess hall of the facility for morning meetings/briefings. Issues with employment and documents residents need such as ID, Social Security, and food stamps, were discussed at this meeting.

For about two weeks Tristan Ong went with Mr. Larry, one of the "owners," who were assigned to liaise and assist residents who needed help with their documents. For two weeks, Tristan Ong rode with Mr. Larry, and tried several DMV and DHS offices to get his ID and Link card, and since Tristan Ong knew from the beginning he lacked the requirements needed to get his ID/ Link, he was unsuccessful.

Everyday around 0900 hours, Tristan Ong went with Mr. Larry to drop-off

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp.

DCD: 5206r/1983/Filing.14

individuals at DMV and DHS offices, and off they went picking up food donations from churches and other food pantries, and proceeded to shop at Costco for other food supplies using residents' collected Link cards. Mr. Larry would purchase several slabs of ribs, pounds of different meats, condiments, vegetables, among others but only a portion of the entire purchase is supplied at SARAH's kitchen, the rest were kept in his car where nobody knows where it goes after.

Upon information, Mr. Larry owns a restaurant / bar. Mr. Larry replenishes ARH vending machines and his retaurant purchasing varieties of beverages like Coke, Pepsi, Gatorade products; candies such as Hershey's, M&Ms, Reese's, and other chocolate candy bars, candies; chips like Frito-Lay products, popcorns, honey buns, among others using residents' SNAP EBT.

### (g). AT LYDIA HEALTHCARE.

Upon information from Lydia's sanitation supervisors: Ms. Pam and Ms. Jackie, Mary Jo Dunleavy— owner of ARH also owns the Affordable Staffing Agency (ASA-ARH). Every month ASA-ARH receives $20,000.00 in a form of monetary donation from Lydia Healthcare (Lydia) to supply eight workers to work 8 hours a day, 6-days a week as part of Lydia's sanitation team.

Tristan Ong was discharged from ARH around the 2nd or 3rd week of 2016 December for having a relationship with another resident. Tristan Ongompleted all the required Alcohol Anonymous meetings. These meetings are all bible / faith-based and led by non-licensed substance abuse speakers or counselors. Tristan Ong was not paid his last bi-weekly paycheck from Lydia when he left ARH.

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 |•| Sulat & Co. Atbp.

DCD: 5206r/1983/Filing.15

### (h). MARY JO'S OTHER BUSINESS.

Residents of ARH were mostly, if not all, formerly incarcerated individuals, parolees, probationers, or on EM / GPS. Only about 10% of the residents are living a sober life, including staff and volunteers. The facility's actual operation is not for substance abuse treatment purposes but as a board and lodging business and a recruiting agency to staff Mary Jo's ASA-ARH staffing agency's contract needs.

Affordable Staffing Agency (ASA-ARH) and has several manpower contracts to supply at Suncast – a fabricated plastic factory, and Greencore- a food factory. Residents / participants  (about 70% of the residents) of ARH with ID and Social Security cards were supplied to these factories, and get paid anywhere between $13.00 to $18.00 an hour for up to 10 to 12-hour work shifts, 5 to 6 days a week through Mary Jo's ASA.

Mary Jo takes away about $350.00-a-week every payroll from residents hired to work for these factories for the cost of the food and accommodation at ARH. In sum, trafficked workers supplied by ASA-ARH to these factories only receive about 25% to 35% of their original total net pay.

For example, Tristan Ong ex-partner's take home paycheck, because of the $350.00-a-week deductible, was between $180.00 to $270.00 net a week for working 10 to 12 hours shift at Suncast. That means $350.00 * 4= $1, 400.00 a month was Mary Jo's collections for each individual trafficked by ASA-ARH.

Tristan Ong later realized this modus operandi of ARH posing as a substance abuse treatment and a shelter facilities to take advantage and use ARH's patients / clients' criminal background, immigration status, vulnerability, homelessness, substance

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 |•| Sulat & Co. Atbp. ⸰⸺

DCD: 5206r/1983/Filing.16

abuse and mental health disorders to forcing them to slave labor and become a part of a nationwide syndicated human trafficking system and is widely practiced and used by others with the same model of business.

### (i). LIVING THE STREETS OF CHICAGO.

Mary Jo discharged Tristan Ong and his ex-partner from ARH around 3rd week of December 2016 for complaining about his unpaid time doing kitchen work, sanitation and safety, harassment by verbally abusive formerly incarcerated individuals, and because of samesex relationship.  The two had nowhere else to go, so they got drunk and checked themselves at MetroSouth Medical Center in Blue Island, it was the closest place where they could seek refuge that night. Tristan Ong spent the night in the lobby because he doesn't have any insurance; his partner, holding a Blue Cross Blue Shields Insurance, was admitted to the emergency room to detoxify and was discharged the following morning.

Tristan Ong and his partner wandered around endlessly in a freezing feels-like temperature between 23 °F to 35 °F and ended up doing intake at Haymarket on Washington Boulevard for substance abuse treatment, actually, in the hopes of getting a better shelter. But Haymarket does not have any vacancy and was instead put on the waiting list (but Tristan Ong actually felt he was discriminated against because of his gender / sexuality, and not having insurance).

### (j). AT FRANCISCAN SHELTER AND OTHER SHELTERS.

Franciscan Shelter on Harrison Street, Chicago accommodates about 200 individuals or maybe more, including counting the women population which were on the

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp.

DCD: 5206r/1983/Filing.17

one side of the shelter separated from men. The shelter is a habitation to individuals with mental health / medical conditions, substance abuse disorders, ex-offenders, sex offenders, violent individuals, PWDs, senior citizens / individuals with SSI / SSD, VAWA / DV victims, and undocumented individuals.

Tristan Ong and other individuals would line up outside the shelter in an average freezing feels-like temperature between 23 °F to 32 °F. to secure a bed spot everyday, starting at 1600 hours (4:00 pm) to get inside by 1900 hours (7:00 pm) Eric, a staff member, will then put a list of individuals lined up for that night and called one by one.

Entering the west door of the shelter in a very narrow hall, a small door to the left will lead each individual to rows of beds where each has to find their assigned bed. A quarter or maybe more of these bed units are bunk beds lined along two sides of the walls, the middle part area were single bed units with literally no spaces to walk in between these rows of beds, except for few tiny aisles to navigate when going to the restroom, kitchen, and the two doors out.

The warehouse is unsanitary and overcrowded. Mattresses were infested with bedbugs, spider, mosquitoes, roaches, rodents which community are larger than the facility's population; bare concrete floor that hasn't been washed or cleansed for ages, unsanitary and unkept; the shower area are without curtains; floors are always wet causing the mold buildup, and are not slip-resistant; drainage was always clogged and flooded; toilet fixtures were unsanitary, clogged often left unserviced and filthy—broken causing feces and urine  spilled/smeared on the ground/walls; showers does not have a thermostat, shower bars/grip, slip-resistant floorings/mats, none-ADA compliant. There

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp.

DCD: 5206r/1983/Filing.18

were no sprinklers, smoke, or fire detectors.

During summer the warehouse's temperature ranges from 80 °F to 100+ °F because the shelter does not have a functioning exhaust, heat/ air-condition and ventilation, not to mention the 200+ human breath and body heat. When rain pours, floors are flooded coming from the leaking ceiling.  The residents' hangout place was the wash / shower room area where smoking / shooting crack, heroin, cannabis, drinking alcohol, and drug dealing were prevalent, tolerated, allowed, and permitted.

Tristan Ong was once assaulted by a 6ft tall man that left his right cheekbone fractured. Nobody bothered to call 911, nor had any of the Franciscan staff made any incident reports. Tristan Ong was told not to come back and find another shelter instead. Due to the threat of violence and fear for his life, Tristan Ong left. He wandered around the streets of Chicago, slept at CTA trains/bus stations, and spent some nights at Stroger hospital's lobby.

Tristan Ong spent several nights at Olive Branch Mission (OBM), a shelter located on West 63rd Street, Chicago, Illinois. The shelter accommodates about 50 individuals in a communal living situation with bed bunks in a room about the size of Cook County Jail (CCJ) division 6 tier's dayroom or smaller. The room was so small, one night, while Tristan Ong was sleeping he fell off of the top bunk and ended up on the lower bunk of another bed bunk next to him.

At dinner, each had to be situated close to one another. If one gets done eating, everyone needs to get up to give way to the one leaving the table. Like Franciscan, the place was unsanitary, overcrowded, and without sprinklers, smoke, fire detectors, or

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp.

DCD: 5206r/1983/Filing.19

alarms. At 0500 hours, residents are asked to leave the facility, and are forced to endure the freezing feels-like temperature of 15 °F to 21 °F.

Although Tristan Ong was very capable and competent of holding various jobs, he tried, unsuccessfully, to apply at Ron's staffing in Blue Island and Elite Staffing in California Avenue. While his ex-partner was able to get hired, Tristan Ong took care of their belongings when his partner was at work. Moving from one shelter to another, soon both were able to get back at Franciscan shelter.

Beginning the first working week of 2017 January, Tristan Ong and his former partner took classes at Above and Beyond Family Recovery (ABFR) for case management and housing assistance. Both may have had some undiagnosed mental health condition. Both agreed to attend all weekly programs offered at ABFR.

Tristan Ong and his ex-partner also found Breakthrough Ministries (BM) on Lake and St. Louis where they usually get their lunches, showers and do their laundry; both did an intake to get on the waiting list for bed spot and housing assistance as well.

### (k). AT WINGS PROGRAM AND CONFINEMENT AT EMHC.

On or about 2017 January 27 or 28 Tristan Ong and his partner had to be separated due to a violent altercation. He had to be placed in a safehouse of Wings Program (WP), a federally funded domestic violence program where he started a 120 day program to get financial assistance for housing rent. Tristan Ong was able to renew his Philippine passport through the financial assistance of a nearby church. Tristan Ong tried to acquire an Illinois State ID at DMV Schaumburg as soon as he got his passport renewed but was unsuccessful; later on he was able to get his Illinois State ID. He started

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp. o--

DCD: 5206r/1983/Filing.20

working at Dunkin Donuts on East Dundee Rd Palatine, Illinois around 2017 February 05.

Around 2017 March 15 to 21 Tristan Ong got lost and couldn't get a ride back to the DV safehouse. Tristan Ong had a mental breakdown, against his will, was tied to a stretcher and carried into an ambulance and transported to a hospital somewhere in the north suburban area. He was shot with Lorezapam and paralyzed for a day or two. The same hospital sent him, against his will, to Elgin Mental Health Center (EMHC) the same way Illinois Masonic on North Halsted did to him during the Apple Store incident. Tristan Ong was coerced and detained in these mental health facilities for a minimum of 14 days for at least 3 times on three separate occasions.

### (l). JOB OFFER AT HINN AND DV HOUSING ASSISTANCE.

Because of the impossible and unreasonable public transportation route, time consuming commute Tristan Ong informed the Dunkin Donuts' manager that he was resigning. Tristan Ong immidately found a job at Holiday Inn (HINN) on Algonquin Rd. at a rate of $9.00. The lady manager of HINN offered to rent out to Tristan Ong HINN'S unoccupied standard rooms at the rate of $400.00 or $500.00 a month on salary deduction and assured him of more than 40 hours work shift plus overtime.

### (m). WINGS DV PROGRAM THROUGH VAWA FEDERAL HOUSING ASSISTANCE.

Tristan Ong acquired a housing rent voucher from a federally funded Domestic Violence program of up to $1,000.00/month for the first 12 months, and 50% of up to $1,000.00 of monthly rent for the second 12 months.

The program asks the beneficiary to find a landlord and sign a lease without getting the WP into any written agreement. After securing a lease, the beneficiary

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp.

DCD: 5206r/1983/Filing.21

presents the lease to the program . The landlord makes arrangements with the DV program staff vice versa for the payment process.

Since Tristan Ong knew of the voucher limit of $1,000.00/month, he proposed to the lady manager / HR at the HINN to stretch the maximum amount of $1,000.00 available in his housing voucher provided: (1) King suite instead of the standard suite that was initially offered; (2) 3 meals a day; and (3) over 40 hours of work at the rate of $ 12.50/hour as a front desk associate. Overtime rates are not discussed but Tristan Ong assumed the company complies with the state/federal laws. Tristan Ong and the manager verbally agreed to the above mentioned proposal.

### (n). WORKING CONDITIONS, SANITATION PRACTICES, AND BREACH OF CONTRACT OF HOLIDAY INN FRANCHISE.

Tristan Ong started to work at HINN the first week of 2017 April. Tristan Ong was assigned to shadow the housekeeping supervisor as early as 0600 hours by gathering the lists of checked out rooms on that particular day and assign these rooms to the housekeeping team of about 15 individuals of Hispanic background. On a regular day each gets about 22-25 rooms, and 30-35 rooms on peak days. Each had to prepare an average of 3 to 4 rooms per hour of below standard housekeeping services for guests arriving usually before 1600 hours of each day. Tristan Ong discovered many unpleasant, substandard, unsanitary and unsafe practices of HINN, i.e.:

- Linens, sheets, blankets, towels and pillows are stored in unsanitary storage, more often are mixed with used ones awaiting to be laundered, where roaches, rats, other vermin are physically anywhere.
- Unless stains are visibly present, linens, sheets, pillow cases and duvet are not changed, but instead sprayed with Febreze and wiped with a lint removal sticker.
- Face towels and bath towels are the same towels used to wipe the toilet

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp.

DCD: 5206r/1983/Filing.22

seats and clean and dry the shower walls and tubs.

- Most have a practice of not changing gloves after cleaning the bathroom and immediately proceed to changing/ replenishing towels, coffee, and cups and straightening linens of beds that are not changed.
- Banquet dinnerware and other utensils are kept in unsanitary closets where rats, roaches, vermins were freely roaming, and are mixed with tablecloths and napkins that had been previously used and weren't sent to laundry because they still look fresh. Most of the time unless stains are visible in the utensils, they're not washed and are kept in unsanitary conditions.

Tristan Ong made the lady manager aware of these practices but it turned out that these customs and practices are tolerated, promoted, encouraged and supported so the management just gave Tristan Ong a silent treatment.

Days after getting hired Tristan Ong moved to HINN, the 3x meal wasn't followed, he was only provided with breakfast; he was not given a king suite but a standard one; the air conditioning in his room wasn't cooling, no ventilation; the ceiling in the bathroom was leaking; broken furniture/TV, dirty carpet, dusty couches and curtain; roaches and other vermin are everywhere. These rooms are not for the guests paying commercial rate, instead were used to be rented out for monthly contract to other HINN clients looking for long term lease. HINN employees' are renting out these non-standard rooms for $400.00 a month. He believes the practice is against the policies and contracts of Holiday Inn organizations and other hotel organizations', including the Illinois sanitation code standard practices.

After Tristan Ong's initial week of shadowing he was assigned to housekeeping. He lost his interest and was disappointed, not because of the job but because of the stress that the job demands. Housekeeping gets paid $5.00 a room (standard room: 2 standard or 1 queen size beds, a full bath). Tristan Ong agreed to get hired at a rate of

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp. ⌁

DCD: 5206r/1983/Filing.23

$12.50 an hour, supposedly as a front desk associate, only he was not. With a rate of $5.00 a room for housekeeping jobs of 15 to 20 rooms to be done in 8 hours, Tristan Ong couldn't keep up with the job's demand and only can do a maximum of 15 rooms for 8 hours (full bath quality cleaning is already around 15-20 minutes).

However, if Tristan Ong gets paid $5.00 per room that means ($5.00* 15 rooms = $75.00; $75.00 / 8 hours = $ 9.375) that means he only gets paid around $ 9.38 an hour, an average of 2 rooms per hour; it takes more than half an hour to provide quality sanitary housekeeping. As opposed to $ 12.50/hour rate as a front desk associate with less demanding work. Assuming, Tristan Ong recalled getting an offer for $12.50/ hour as a front desk associate, the housekeeping job was more energy demanding and still was not paid per the agreed $ 12.00 to $ 15.00. Tristan Ong could barely recall how much he gets paid per hour but he was certain it was half less than the original agreed rate of $ 12.00 to $ 15.00. Tristan Ong believes that the reason why he wasn't given the front desk position was because of his gender / sexuality and androgynous appearance.

As soon as Tristan Ong started to verbally complain about the salary issue to the management, his work hours were gradually reduced, eventually telling him to leave the work. Tristan Ong also was not paid for his overtime work. Tristan Ong typically worked between 60 to 90 hours/week. Not to mention WP pays his rent as agreed.

During the last week of 2017 May to the 2nd week of 2017 June, Tristan Ong wasn't getting any more job assignments / hours. Around the 3rd week of 2017 June, HINN lady manager called the Rolling Meadows Police and had Tristan Ong arrested. He was forcibly taken out of his room that he was renting out and paid by WP's domestic

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 |•| Sulat & Co. Atbp. ᵃⁿ

DCD: 5206r/1983/Filing.24

violence program for allegedly trespassing. Tristan Ong was inside his rented room when the Rolling Meadows Police (RMP) force entered his room.

### (o). SEEKING SHELTERS AROUND CHICAGO | FINDING APARTMENT | WING'S HOUSING VOUCHER.

Tristan Ong is once again homeless. Around the last week of 2017 June once again stayed at Franciscan shelter for a day or two then moved to Northside Housing shelter on Lawrence Avenue in Uptown Chicago. He then decided to go to Hilda's place in Evanston after a week. His case manager at WP found out his situation and eventually WP decided to take him back to the DV safehouse until he was able to find another landlord to lease him an apartment.

Tristan Ong stayed at WP's DV safehouse the entire last week of 2017 June till the 3rd week of 2017 July while he continuously searched for an apartment. Around the 3rd week of 2017 July Tristan Ong was able to find a landlord, and immediately asked his WP case manager to get in contact with the landlord. On 2017 July 28 he signed his lease and moved to his new apartment at 1838 Ashland Avenue #1R, Evanston, IL.

Around the 2nd weekend of 2017 September, Tristan Ong had a meltdown due to stress, depression, and anxiety because of difficulty finding a job, resulting in being confined at Evanston Northshore Hospital for a day or two. There he was again shot with Lorezapam that kept him paralyzed during his entire confinement.

Since 2017 September Tristan Ong has been frequently stopped and questioned by Evanston Police, usually in a very aggressive and harassing manner, because of his race / gender / sexuality and androgynous appearance leading to his incarceration.

Tristan Ong was released from incarceration in 2020 June, at the peak of the

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 |•| Sulat & Co. Atbp. •—

DCD: 5206r/1983/Filing.25

COVID pandemic that paralyzed the world, and societies' had witnessed and experienced first hand what institutionalized individuals have been living. It's cruel, inhumane, evil and yet, many view it differently and doesn't apply to institutionalized individuals returning to society like Tristan Ong, stuck in an endless cycle of homelessness since 2016, during incarceration, and on to this date. *(see DCD: 5206r/1983/SSOF.1-48, DCD: 5206r/1983/SOC.1-33, DCD: 5206r/1983/TOA.1-8).*

To this date, from one administration to the next, enslaved by the system with uncertainty is the only guarantee that is constant, The United States as a Nation have continuously failed to fulfill the promise of the 13th Amendment.

WHEREFORE, Petitioner / Plaintiff: Tristan F. Ong ( I, Me, My ) continuously prays and hopes that YOUR HONORABLE U.S. DISTRICT COURT FOR THE DISTRICT OF COLOMBIA grants these civil rights and criminal suits' wants, wishes, and merits favorable decisions.

WHEREFORE, in the name of our Founding Fathers, Forefathers, the People(s), the Almighty Creator, under penalties as provided by law pursuant to Federal Statute 28 U.S.C. 1746, and 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid he verily believes the same to be true. Executed at the City of Chicago on 2025 December 30.

━━━━━━━━━━━━━━━━━━━━ **END OF THIS PART** ━━━━━━━━━━━━━━━━━━━━

Ong, Tristan F.    *2025 DECEMBER 30*

**Pro Se** Petitioner / Plaintiff

R E T U R N   R E C E I P T

DCD: 5206r/1983/Filing PAGES 1-25 were sent to: 333 Constitution Avenue, Room 1225, N.W. Washington, DC 20001| via the United States Postal Office on 2025 December 30.

Tristan F. Ong ( I, Me, My ), under penalties as provided by law pursuant to Federal Statute 28 U.S.C. 1746, and 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth herein are true and correct, executed at the City of Chicago on 2025 December 30.

Received by: _____    Date: _____

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 |•| Sulat & Co. Atbp.

DCD: 5206r/1983/PR.1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | IN RE: |
|---|---|
| **Alipin:5206** ©®™ | | I-914 T Nonimmigrant Status; |
| ( ), | I-918 U Nonimmigrant Status; |
| *Pro Se* | Petitioner / Plaintiff. | I-765 Employment Authorization; |
| | I-485 Application to Register Permanent |
| | Residence or Adjust Status; |
| **vs.** | Federal Appellate Case Nos.: *22-5206,* |
| | *20-1587 and 20-105;* |
| **USA, ILLINOIS, COOK** ©®™ | | Federal Case Nos.: *22-cv-01596,* |
| **(USA-Illinois-Cook & Co.** ©®™**), et al.,** | *20-cv-01550, 19-cv-04245;* |
| **Parties** | Respondent / | Criminal AppellateCase Nos.: *1-20-0868,* |
| Appellee-Defendant. | *and 1-19-1945;* |
| | Criminal Case Nos.: *17C22029501,* |
| | *1720209301, and 17CR1721201, etc.* |

## COMPLAINT FOR VIOLATION
## OF CIVIL RIGHTS
(42 U.S.C. § 1981(1981a); 1982; 1983; 1985; 1986 /
28 U.S.C. § 1350 / 5 U.S.C. § 701–706/ 5 U.S.C. § 551–559 et seq.)

## THE U.S. CONSTITUTION: ARTICLE I.

- Section 8. *TO ESTABLISH AN UNIFORM RULE OF NATURALIZATION,* and uniform Laws on the subject of Bankruptcies throughout the United States;

- *To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries;*

- *TO CONSTITUTE TRIBUNALS INFERIOR TO THE SUPREME COURT;*

- *TO DEFINE AND PUNISH Piracies and FELONIES COMMITTED ON THE HIGH SEAS, AND OFFENCES AGAINST THE LAW OF NATIONS;*

- *TO EXERCISE EXCLUSIVE LEGISLATION IN ALL CASES WHATSOEVER, OVER SUCH DISTRICT (NOT EXCEEDING TEN MILES SQUARE) AS MAY,*

- *To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any*

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | * | Sulat & Co. Atbp.

RECEIVED
Mailroom
JAN 16 2026
Angela D Caesar, Clerk of Clerk
U.S. District Court District of Columbia

DCD: 5206r/1983/PR.2

*Department or Officer thereof.*"

- Section 9. " *The Migration or Importation of such Persons as any of the States now existing shall think proper to admit,* but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.

- *The Privilege of the Writ of Habeas Corpus shall not be suspended,*

- *No Bill of Attainder or ex post facto Law shall be passed.*

- *No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or enumeration herein before directed to be taken.*

- *NO PREFERENCE SHALL BE GIVEN BY ANY REGULATION OF COMMERCE OR REVENUE TO THE PORTS OF ONE STATE OVER THOSE OF ANOTHER:*

- *NO MONEY SHALL BE DRAWN FROM THE TREASURY, BUT IN CONSEQUENCE OF APPROPRIATIONS MADE BY LAW; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.*

- Section 10. " *NO STATE SHALL ENTER* into any Treaty, Alliance, or Confederation... *; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts*, or grant any Title of Nobility.

- *NO STATE SHALL, WITHOUT THE CONSENT OF THE CONGRESS, lay* any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing it's inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Controul of the Congress.

- *NO STATE SHALL, WITHOUT THE CONSENT OF CONGRESS,* lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, *ENTER INTO ANY AGREEMENT OR COMPACT WITH ANOTHER STATE , OR WITH*

  *A FOREIGN POWER*, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay."

## A F F I D A V I T

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp. ---

DCD: 5206r/1983/PR.3

Pursuant to ARTICLE 3 "ORIGINAL JURISDICTION" comes now, the above-captioned civil action: 42 U.S.C. § 1981(1981a); 1982, 1983, 1985, 1986 / 28 U.S.C. § 1350 / 5 U.S.C. § 701–706 / 5 U.S.C. § 551–559 et seq. "as a matter of course."

Either enumerated within and/or IN THE COMPLAINT **Tristan F. Ong, vs. USA, Illinois, Cook & Co. ©®™, et alia,**   AND ITS ANTECEDENTS:   Federal Appellate Case Numbers: 22-5206, 20-1058, 20-1587, | Federal Case Numbers: 22-cv-01596, 22-cv-01550, 19-cv-04245, | Criminal Appellate Number: 1-20-0868, 1-19-1945, | Criminal Case Numbers: 17C22029501, 1720209301, 17CR1721201 | as "Baybayin DD:5206 /Baybayin / Barangay Pamayanan / Karapatan / Babaylan / Mabuhay / Kababayan Tondo / Tuldok / Tinapay / Tinakda / Bahay Kubo, Bantay Tahanan's" claims against opposing party referred to in this complaint as: "PARTY– US RESPONDENTS / DEFENDANTS" | aka "US / USA / United States / United States of America / US - Kalaban / Cook-Ed / Cook-Err-Ed / US-Aid-Ed / US - IL & Co., / United States - Illinois & Company / Illinois-United States & Company / IL-USA / IL-USA-COOK / USA-IL-COOK / USAiLED / ILLINOIS-USA-COOK," et al., at all times mentioned heretofore, collectively / severally / jointly / individually / privately / independently which by no means seeks to alter prior submissions, in fact, Tristan Ong, expressly incorporates all allegations and claims as is in the initial complaint as referenced above. [See Fed. R. Civ. P. 10(b)–(c)].

Tristan Ong, however changed, corrected, rearranged text / sentences / styling and format typeface, changed bylines / titles / pseudonyms, incorporated new allegations relating to new claims and did not modify existing allegations or claims, whether this is to be considered an amendment to this civil several suits' antecedents,

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • |  Sulat & Co. Atbp.

DCD: 5206r/1983/PR.4

this does not violate the rule against dual jurisdiction appeal. *See 55 F.4th 1304, 1309*

*(11th Cir. 2022); accord 56 F.4th 1026, 1033–34 (5th Cir. 2023) (explaining that*

*incorporating the initial complaint eliminates any mootness concerns with an*

*amendment);*

**YOUR HONORABLE JUDGES OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, May It Please The Court:**

## I. <u>PERSONAL RELIEF</u>

**SECTION 1. EXPEDITED PROCESSING OF CITIZENSHIP / VISA / GREEN CARD,  or** any

applicable work / business permit / authorization for Tristan Florendo Ong, includes:

1. O-1 / T (I-914)/ U (I-918) visa (c14)(a19)(c35).
2. Reinstatement of F1 visa as one of transitional visa options.
3. Reconsideration to be included for E3, E4, H1B, and Diversity visa as one of transitional visa options.
4. Reconsideration for eligibility for Legal Permanent Resident / Naturalization in cases of non-immigrant visa grant as an option following completion of any assigned transitional visa.
5. Work Authorization (I-765);
6. Adjustment Status (I-485);
7. Application for Naturalization (N-400);
8. Request for Fee Waiver (I-912);
9. Certificate of Citizenship (N-600); and
10. Naturalization (N-550 / N-565);
11. Federal and state IDs / Green Card And Passport.
12. Processing of US passport, federal identification / Real ID, and renewal of Illinois State's identification.
13. Permanent housing / residential placement;
14. Payment / reimbursement plan;
15. Including all other reliefs and remedies sought as motioned, *see documents submitted on 2023 July 01 : 22-5206/ (PR.1-13), (PC.1-21), (PC1.1-19), (PC2.1-22), (PC3.1-15), (PC4.1-11) ; 22-5206/ (DCO.1-40), (ED.1-20), (DTO.1-26), etc.*
16. Appointment of legal / attorney representation / counsel;

Enclosures: Google electronic link:| BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 |•| Sulat & Co. Atbp.

DCD: 5206r/1983/PR.5

**SECTION 2. SNAP BENEFITS / MEAL / CATERING / DELIVERY ALLOWANCES** for Tristan F. Ong and names listed in his immigration profile A-240701342, Part 1 Sections 1 through 3 of this brief, while awaiting for processing of Work Authorization, US Citizenship, and the entire litigation process to conclude.

**SECTION 3. HEALTHCARE INSURANCE: MEDICAID / MEDICARE AND OTHER MEDICAL AND HEALTH INSURANCE BENEFITS, INCLUDES** E.N.T., VISION, DENTAL, DERMATOLOGIST, AND OTHER SPECIALTY MEDICAL CARE PROVIDER from either health insurance provider of PPO for Tristan F. Ong and names listed in his immigration profile A-240701342, Part 1 Sections 1 through 3 of this brief, while awaiting for processing of Work Authorization, US Citizenship, and the entire litigation process to conclude.

**SECTION 4. UP TO TWO(2) FURNISHED BEDROOM UNIT / SUBSIDIZED HOUSING** in a secured condominium / apartment / subdivision valid across The United States and Its territories, for up to $2,987.65432198 (28 day count) monthly rent / housing allowance for Tristan F. Ong and names listed in his immigration profile A-240701342, Part 1 Sections 1 through 3 of this brief, while awaiting for processing of Work Authorization, US Citizenship, and the entire litigation process to conclude.

**SECTION 5.** Either enumerated within Federal Appellate Case Numbers: 22-5206, 20-1058, 20-1587, | Federal Case Numbers: 22-cv-01596, 22-cv-01550, 19-cv-04245, | Criminal Appellate Number: 1-20-0868, 1-19-1945, | Criminal Case Numbers: 17C22029501, 1720209301, 17CR1721201, and Its antecedents' amended complaints / petition, i.e. "Baybayin DD:5206 /Baybayin / Barangay Pamayanan / Karapatan / Babaylan / Mabuhay / Kababayan Tondo / Tuldok / Tinapay / Tinakda / Bahay Kubo,

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp.

DCD: 5206r/1983/PR.6

Bantay Tahanan's" claims, Its entire work(s), subsequent and / or any combination of lower/upper case typeface(s) / title(s) / name(s) / symbol(s) / acronym(s) / abbreviation(s), words numbers / equation / languages / spelling, illustration, its content(s) and antecedent(s) and its entire brief(s) / work(s), including all attachment(s), and / or any combination herein / hereof / therein / thereof, either during, after the entire duration of this litigation and thereafter; includes the following reliefs/ remedies:

A. **ORDER OF PROTECTION** against all named and unnamed PARTY(s)– US RESPONDENTS / DEFENDANTS, their cronies / allies, and / or all  evil doings, and everything in between, for Tristan  F. Ong and names listed in his immigration profile A-240701342, **preferably, under O-1 category visa: Individuals with Extraordinary Ability or Achievement, or U: Victims Of Criminal Activity, and/or T: Victim of Human Trafficking US Category Visa, and/or any combination possible,** either during, after the entire duration  of this litigations and thereafter,;

B. **ABSOLUTE AND QUALIFIED, AND ALL OTHER FORMS OF IMMUNITIES,** including immunity from prosecution and indemnity from bringing these suits for all of the above named individuals listed in Part 1 Sections 1 through 3 of this brief, against all named and unnamed PARTY– US RESPONDENTS / DEFENDANTS, their cronies / allies, and / or all evil doing;

C. **REVOCATION OF ANY REMOVAL ORDER / IMMIGRATION REMOVAL PROCEEDINGS** including any outstanding state / local warrants against Tristan F. Ong by ICE/CBP / Department of Homeland Security;

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 |•| Sulat & Co. Atbp. ›--

DCD: 5206r/1983/PR.7

D.  **WIPING / CLEARING / SEALING / DESTROYING / QUASHING ANY OR ALL WARRANT OF ARREST**, including fingerprints and/or other biometrics, mugshots, DNA and other medical / specimen collected, and / or used, and/or will be used, as / for criminal records, NOT JUST EXPUNGING OF criminal charges, conviction, sentencing, incarceration, arrest records and all other criminal background / history / records of Tristan Ong;

E.  TRANSPORTATION ALLOWANCES FOR Tristan F. Ong includes: chauffeur services, ride sharing, business / business priority / first class airfare, watercraft, public utility transportation, mileage reimbursement, gas / oil / battery and maintenance reimbursement, through and from all Court, medical, and other appointments, meetings, functions, events, etc.

F.  SECURITY TEAM(s) FOR TRISTAN F. ONG, and the above named individuals listed Part I Sections 1 to 3 of this brief, including whenever appropriate, plus up to two (2) additional security within Tristan F. Ong's appointed legal and security team: through and from all Court, medical, and other appointments, meetings, functions, and annual leaves, other events, etc.

G.  TO ORDER ALL NEWS AGENCIES, MEDIA OUTLETS and its websites, as well as blogs, Google, Yahoo, Facebook, Internet Explorer, Bing, Safari, Mozilla, Duckduckgo's search engines, web browsers / platforms, other online platforms, including social media platforms to take down any / all articles, news, images, videos, audio recordings, Google labels / tags of HIPPA protected informations (e.g. map locations / any sensitive medical

Enclosures: Google electronic link: | BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 | • | Sulat & Co. Atbp.

DCD: 5206r/1983/PR.8

documents), and any images posted online and news prints regarding THE

PLAINTIFF / APPELLANT / PETITIONER — TRISTAN F. ONG's arrest.

WHEREFORE, Petitioner / Plaintiff: Tristan F. Ong ( I, Me, My ) continuously prays and hopes that YOUR HONORABLE U.S. DISTRICT COURT FOR THE DISTRICT OF COLOMBIA grants these civil rights and criminal suits' wants, wishes, and merits favorable decisions.

WHEREFORE, in the name of our Founding Fathers, Forefathers, the People(s), the Almighty Creator, under penalties as provided by law pursuant to Federal Statute 28 U.S.C. 1746, and 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid he verily believes the same to be true. Executed at the City of Chicago on 2025 December 30.

END OF THIS PART

2025 DECEMBER 30

Ong, Tristan F.

*Pro Se* | Petitioner / Plaintiff

RETURN RECEIPT

DCD: 5206r/1983/PR PAGES 1-8 were sent to: 333 Constitution Avenue, Room 1225, N.W. Washington, DC 20001| via the United States Postal Office on 2025 December 30.

Tristan F. Ong ( I, Me, My ), under penalties as provided by law pursuant to Federal Statute 28 U.S.C. 1746, and 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth herein are true and correct, executed at the City of Chicago on 2025 December 30.

Received by: _____        Date:_____

Enclosures: Google electronic link:| BONUM PUBLICUM |
ALL RIGHTS RESERVED © 2025 |•| Sulat & Co. Atbp.